Decided June 2, 1999

## WILLIAM H. HONAN ET AL. *v.* JOSEPH DIMYAN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 52 Conn. App. 123 (AC 17121), is denied.

BERDON, J., dissenting. I would grant the plaintiffs' petition for certification to appeal.

*Nancy Burton,* in support of the petition.

*Martin A. Rader,* in opposition.

Decided June 2, 1999